THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli



FILED
NOV 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | Case No. 1:06-CV-1753-OWW-DLB |
| Plaintiff, | JUDGMENT |
| v. | December 10, 2007 |
| | 10:00 a.m. |
| DEAN MURPHY, | Courtroom 3 |
| Defendants. / | |

This Action was put before the Court on Plaintiff's Motion to Enforce the Settlement Agreement into which the parties entered in order to resolve this Action, and for fees.

IT IS THEREFOR ORDERED AND ADJUDGED:

**1. That Judgment is hereby entered in favor of Plaintiff and against Defendant in accordance with the Court's Order of July 24, 2007 and the "Release and Settlement Agreement" between the parties, a copy of which is attached hereto.**

**2. That in addition, Plaintiff is awarded $925 for attorneys' fees against the Defendant for time spent enforcing the "Release and Settlement Agreement".**

Dated: 10-5-07

_____
UNITED STATES DISTRICT COURT JUDGE